

SCOTT J. SAGARIA (BAR # 217981)
ELLIOT W. GALE (BAR # 263326)
SCOTT M. JOHNSON (BAR # 287182)
SAGARIA LAW, P.C.
2033 Gateway Place, Fifth Floor
San Jose, CA 95110
408-279-2288 ph
408-279-2299 fax

Attorney for Debtors

The following constitutes the order of the court.
Signed December 5, 2016

_____
William J. Lafferty, III
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA – DIVISION 4

| In Re: | Case No.: 16-42603 WJL 13 |
|---|---|
| **USHA KIRAN CHANDRA**, | Chapter 13 |
| Debtors. | **ORDER ON STIPULATION TO CONTINUE CONFIRMATION HEARING** |

    Having considered the Stipulation to Continue Confirmation Hearing (the "Stipulation") and good cause appearing therefore, it is hereby ORDERED:

    That the Confirmation hearing currently set for December 8, 2016 at 1:30 p.m. is continued to January 12, 2017 at 1:30 pm at the United States Bankruptcy Court located at 1300 Clay Street, Courtroom 220, Oakland, CA.

***END OF ORDER***

**COURT SERVICE LIST**